IN THE UNTIED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:

| | | |
|---|---|---|
| BILL TANNER | § | CASE NO.  05-46365-H5 |
| MICHELE TANNER | § | |
|   Debtors | § | Chapter 7 |
| | § | |

## MOTION TO DEPOSIT UNCLAIMED FUNDS INTO THE REGISTRY
## UNDER 11 U.S.C. §347 (a)

The undersigned trustee reports:

   \_\_\_\_   The dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto is (are) in an amount less than the amount specified in Bankruptcy Rule 3010

   _X_   More than ninety (90) days have passed since the final distribution, and the dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto remain unclaimed.

Pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. § 347(a), the undersigned trustee requests authorization to pay small and/or unclaimed dividends in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 or Title 28 (28 U.S.C., 2041, *et seq.*).

Dated:   November 16, 2010

                                                    /s/  W. Steve Smith
                                                W. Steve Smith, Trustee
                                                1250 Four Houston Center
                                                1331 Lamar Street
                                                Houston, Texas 77010-3027
                                                (713) 590-9300

**EXHIBIT "A"**

**IN RE:**

| | | |
|---|---|---|
| **BILL TANNER** § | | **CASE NO. 01-43428-H3** |
| **MICHELE TANNER** § | | |
|    **DebtorS** § | | **Chapter 7** |
| § | | |
| § | | |

RE:

  ____   Small Dividends

  __X__   Unclaimed Dividends

| **Name and Address** | **Claim No.** | **Amount** |
|---|---|---|
| Internal Revenue Service<br>1919 Smith, STOP 5024<br>Houston, TX  77002 | 2a | $1,335.63 |
| Internal Revenue Service<br>1919 Smith, STOP 5024<br>Houston, TX  77002 | 2 | $   43.79 |
| **TOTAL:** | | **$1,379.42** |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Motion to Deposit Unclaimed Funds into the Registry* has been sent to the U.S. Trustee, 515 Rusk Avenue, Suite 3516, Houston, Texas 77002 via electronic mail on this the 16th day of November, 2010.

By*:*   */s/ W. Steve Smith*
W. Steve Smith, Trustee